# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4002-12-CR-C-NKL |
| | ) | |
| OLAN DANIEL GEORGE, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

  This case was referred to the undersigned United States Magistrate Judge for processing in accord with the Magistrate Act, 28 U.S.C. § 636, and W.D. Mo. R. 22.

  On December 4, 2006, a hearing was held on the respective motions for bills of particulars, severance; disclosure of confidential informants, and suppression filed by defendants Cyrus Pope, Douglas Comstock, Calvin Corley and Olan George. Cyrus Pope appeared in person and was represented by counsel Michael Gorla. Douglas Comstock appeared in person and was represented by counsel Kimberly Shaw. Calvin Corley appeared in person and was represented by counsel Bryan Scheiderer. Olan George appeared in person and was represented by counsel Stan Clay.

  Defendant George's motion seeking suppression of evidence obtained through intercepted wire communications was addressed at the hearing. DEA Case Agent Steve Mattas testified as to the facts pertaining to the motion. Agent Mattas' testimony has not been seriously challenged by defendants and the court finds Agent Mattas to be a credible witness.

  Defendant George's motion to suppress raises no issues different from those raised by codefendant Pope, and is, therefore, recommended denied for the reasons set forth in the report and recommendation entered on February 20, 2007, in codefendant Pope's case No. 06-4002-10 (Doc. 330).

  IT IS, THEREFORE, RECOMMENDED that defendant George's motion to suppress evidence obtained through intercepted wire communications be denied. [212].

Under 28 U.S.C. § 636(b)(l), the parties may make specific written exceptions to this recommendation within ten (10) days. If additional time is needed, a motion for an extension of time must be filed within ten days. The motion should state the reasons for the request. See <u>Nash v. Black</u>, 781 F.2d 665, 667 (8th Cir. 1986) (citing <u>Thomas v. Arn</u>, 474 U.S. 140 (1985)); <u>Messimer v. Lockhart</u>, 702 F.2d 729 (8th Cir. 1983). Failure to make specific written exceptions to this report and recommendation may result in a waiver of the right to appeal.

Dated this 26th day of March, 2007, at Jefferson City, Missouri.

/s/ *William A. Knox*

WILLIAM A. KNOX
United States Magistrate Judge